**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:19-cr-00308-AT-RGV |
| | :: | |
| JESUS GARCIA-GUTIEREZ, et al. | :: | |

**ORDER**

The above-captioned case was reassigned to the undersigned on January 23, 2020.  See [Doc. 153].  Magistrate Judge Janet F. King entered an oral order granting the parties until January 27, 2020, to file pretrial motions and stating that a pretrial conference would be held by the newly assigned Magistrate Judge.  See [Docket entry dated December 30, 2019].  Only defendants Anthony Bernard Jordan, Nathaniel Jackson, and Larry Mosley have filed pretrial motions.  See [Docs. 126, 149, 154 - 161].  Accordingly, a pretrial conference shall be held in this case before the undersigned on **TUESDAY, FEBRUARY 11, 2020, at 2:30 p.m.**, Courtroom 2022, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

**IT IS SO ORDERED**, this 31st day of January, 2020.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE