IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:19-CR-0308-AT-3 |
| | : | |
| QUANTAVIUS FOSTER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Presently before the Court is the Order granting Michael H. Saul's Motion to Withdraw as Attorney [Doc. 341]. Defendant Foster has now retained Attorney Alexander Repasky, who entered an appearance in this action on April 25, 2021.

Accordingly, should Defendant feel that this case should be de-certified as a result, the Court **DIRECTS** Defendant to file a Motion to Decertify, or to notify the Court that no such motion is necessary, on or before June 2, 2021. The time from May 13, 2021, to June 2, 2021, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

It is **SO ORDERED** this 13th day of May, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**