UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1-19-CR-0038-18NT-RGV-3 |
| QUANTAVIUS FOSTER, | : |
| Defendant. | : |

## MOTION FOR CONTINUANCE

COMES NOW, Attorney for Defendant Quantavius Foster, and files this, his motion for a continuance of the Pre-Trial Conference, from its' current calendar of September 16, 2021, to the Court's next available calendar date.

This Motion is made with the consent of the counsel for the Government.

Wherefore, the defendant Quantavius Foster prays that his motion be inquired into and granted by this court.

This 15th day of September, 2021.

Respectfully submitted,

Alexander J. Repasky
Attorney for Defendant
Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia 30068
(770) 912-4016
alexrepasky@aol.com

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 1-19-CR-0038-18NT-RGV-3 |
| QUANTAVIUS FOSTER, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Motion for Continuance upon all interested parties, by and through their counsel of record, by electronic delivery to the United States Attorney's Office in care of:

Nicholas N. Joy
Office of the United States Attorney – ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303
nicholas.joy@usdoj.gov

This the 15h day of September, 2021.

_____
Alexander J. Repasky
Georgia Bar No. 601050
4880 Lower Roswell Road, Suite 165
Roswell, Georgia 30068
(770) 912-4016
alexrepasky@aol.com