UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1:19-CR-00308-AT-RGV-3 |
| QUANTAVIUS FOSTER, | : |
| Defendant. | : |

## MOTION TO REVEAL THE DEAL

**COMES NOW,** the Defendant and moves the Court to require the United States Attorney to respond in writing as to any deals or considerations made between the prosecution witness, the United States and the State of Georgia, including the United States Attorney's office, the District Attorney's office, State Patrol's Office, Sheriff's Office, Federal Bureau of Investigation, DEA Georgia Bureau of Investigation, or any other law enforcement agency involved in the above-styled case which would affect their credibility or testimony in the above-styled matters. Said motions includes, but is not restricted to the following items:

1.

Whether anyone in return for testifying in this case, had received any consideration in his/her felony case presently pending in a United States Court, the state of Georgia, any other state, or specifically in the above-styled action.

**2.**

Whether anyone has made trustee and allowed special privileges in return for his/her testimony in this case.

The Defendant specifically moves for the prosecution to respond in writing as to these specific incidents and further moves the Court to require the prosecution to reveal any other promises of leniency or consideration given to the prosecution witnesses of which the Defendant has no specific knowledge.

This 29TH day of September, 2021.

/s/ Alexander Repasky  
Alexander J. Repasky  
Attorney for Defendant  
Georgia Bar No. 601050

4880 Lower Roswell Road  
Suite 165  
Marietta, Georgia  30068  
(770) 912-4016  
alexrepasky@aol.com