UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1:19-CR-00308-AT-RGV-3 |
| QUANTAVIUS FOSTER, | : |
| Defendant. | : |

### MOTION TO INSPECT, EXAMINE AND TEST PHYSICAL EVIDENCE

COMES NOW, the Defendant, Quantavius Foster, by and through counsel and moves this Court to issue an order compelling the United States to produce all items of physical evidence that are pertinent to this case and are in its possession and control for inspection, examination, and testing by experts designated by the Defendant, whether or not the United States intends to introduce, or attempts to introduce, said evidence at trial.

This requires for inspection, examination and testing of the specific items set out above is essential to ensure the Defendant his right to a fair trial, his right to confrontation, his right prepare a defense in his own behalf, his right to effective assistance of counsel, and his right to due process of law guaranteed by the United States Constitution and the Constitution of the State of Georgia.

WHEREFORE, the Defendant prays:

(a) That the United States Attorney be ordered to produce all the items of physical evidence including the defendents phone described herein and to allow the Defendant's expert the right to examine, inspect, conduct scientific tests and photograph said items at a specific time and place to be fixed by the Court

1

(b) That the time set for inspection, testing, and photographing of the items requested by the Defendant's experts be at a reasonable time in advance of trial; and

(c) That the Court enter an order requiring the United States Attorney's Office to make continuing disclosure of all such additional evidence.

This 29TH day of September, 2021.

                                                               */s/ Alexander Repasky*
                                                               Alexander J. Repasky
                                                               Attorney for Defendant
                                                               Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia 30068
(770) 912-4016
alexrepasky@aol.com