UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1:19-CR-00308-AT-RGV-3 |
| QUANTAVIUS FOSTER, | : |
| Defendant. | : |

**MOTION TO COMPEL DISCLOSURE OF CONFIDENTIAL INFORMANT**

COMES NOW, the Defendant, QUANTAVIOUS FOSTER, by and through his attorney and moves this Court, pursuant to due process clause of the fourteenth Amendment to the Constitution of the United States, for disclosure to the defense of the name, address, occupation and previous criminal record of the informant listed in the affidavit for the search warrant used in connection with the above styled case.

1.

The Defendant is charged with possession with the intent to distribute a mixture containing methamphetamine, a Schedule II controlled substance, and amphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. 841 and 18 U.S.C. 2.

2.

The defense is entitled to the identity of the confidential informant designated by the State and that of any other confidential informant who was a percipient witness to or participated in the above-stated offense. _Roviaro v. United States,_ 353 U.S. 53, 62 (1957).

3.

1

The defense is entitled to the criminal record of said confidential informants. <u>United States v. Auten,</u> 632 F. 2d 478 (5th Cir. 1980).

4.

All promises of consideration given to the witness must be revealed. <u>Giglio v. United States,</u> 405 U.S. 150 (1972).

5.

The defense is entitled to full disclosure of all information relating to the credibility of the confidential informant. <u>United States v. Caldwell,</u> 466 F. 2d 611 (9th Cir. 1972).

6.

The identity of the informant in this case is necessary in order for the defendant to prepare an adequate defense.

This 29TH day of September, 2021.

<u>/s/ Alexander Repasky</u>
Alexander J. Repasky
Attorney for Defendant
Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia  30068
(770) 912-4016
alexrepasky@aol.com