UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,        :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :          CASE NO. 1:19-CR-00308-AT-RGV-3
                                 :
QUANTAVIUS FOSTER,               :
                                 :
    Defendant.                   :

## MOTION TO PRODUCE STATEMENTS OF WITNESSES

The Defendant moves this Court for an order requiring the United States to reveal any statements made by persons who have testified or will testify on behalf of the government.

Because of the large number of potential witnesses, any production of statements will have to be made well in advance of trial in order to give the Defendant a meaningful opportunity to examine these statements.

### AUTHORITIES

In the case of *Jencks v. United States,* 353 U.S. 657, 77 S. Ct. 1007, 1 L. Ed. 2d 1103 (1957), the United States Supreme Court held that the government, upon the defendant's request, had to produce any statements by government witnesses for the defendants to inspect and to possibly use for impeachment. The Court held that all statements, whether apparently contradictory or not, would have to be produced since only the defendants were really in a position to determine the value of the statements to the defense. 353 U.S. at 669. The only limitation is that statements relate to the issue to be tried.

If the Defendant is to have meaningful access to these statements, they must be produced in advance of trial. If they are produced only after the witnesses have testified, it will be impossible for the Defendant to adequately examine any statements without a delay in trial.

As our previous motions have indicated, there is great disparity of investigative resources under which the Defendant labors.

This 29TH day of September, 2021.

/s/ *Alexander Repasky*
Alexander J. Repasky
Attorney for Defendant
Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia  30068
(770) 912-4016
alexrepasky@aol.com