UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | :    CASE NO. 1:19-CR-00308-AT-RGV-3 |
| QUANTAVIUS FOSTER, | : |
| Defendant. | : |

## MOTION FOR CRIMINAL RECORD AND PENDING CHARGES OF ALL STATE'S WITNESSES

**COMES NOW,** the Defendant, and moves that the State provide the criminal records and pending charges of all State's witnesses and shows the Court the following:

**1.**

The criminal record and pending charges of the State's witnesses are an essential element in confrontation of witnesses, not only in impeachment, but it illustrates their interest, bias, credibility, and other reasons.

**2.**

The office of the United States Attorney, as part of their office, has a computer, where, by the push of a button they can obtain this information, which is exculpatory.

**3.**

The accused does not have access to this information.

1

**WHEREFORE**, the accused requests this Honorable Court to direct the State to provide this information at least five {5} days before trial.

This 29TH day of September, 2021.

/s/ Alexander Repasky
Alexander J. Repasky
Attorney for Defendant
Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia  30068
(770) 912-4016
alexrepasky@aol.com