IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUANTAVIUS FOSTER | Criminal Action No.<br><br>1:19-CR-308 |

## Government Response to Defendant's Motion to Compel Disclosure of Confidential Informant

The United States of America, by and through its counsel Kurt R. Erskine, United States Attorney, and Nicholas N. Joy, Assistant United States Attorney for the Northern District of Georgia, files this Response to the Defendant's Motion to Compel Disclosure of Confidential Informant.

The Government is unaware of any confidential informant relevant to the conduct committed by the Defendant, Quantavius Foster.

Respectfully submitted,

KURT R. ERSKINE
*United States Attorney*

/s/NICHOLAS N. JOY
    *Assistant United States Attorney*
GA Bar No. 969557
Nicholas.joy@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

1

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>Alexander J. Repasky
>Law Office of Alexander J. Repasky
>Suite 165
>4880 Lower Roswell Road
>Marietta, GA 30068

November 15, 2021

/s/ NICHOLAS N. JOY

NICHOLAS N. JOY

*Assistant United States Attorney*