# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cr-00308-AT-RGV
### USA v. Garcia-Gutierez et al
### Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 03/10/2022.

TIME COURT COMMENCED: 10:34 A.M.
TIME COURT CONCLUDED: 2:20 P.M.    COURT REPORTER: Denise Stewart
TIME IN COURT: 3:46                DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Quantavius Foster Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicholas Joy representing USA <br> Alexander Repasky representing Quantavius Foster |
| PROCEEDING CATEGORY: | Evidentiary Hearing |
| MINUTE TEXT: | Evidentiary hearing held regarding defendant's motion to suppress evidence, [Doc. 372], as amended at, [Doc. 381]. Witnesses sworn and testified: TFO Jonathan Gray- Riverdale Police Department; TFO Corey Rogan- Atlanta Police Department; Billy Jones; Corporal Robert Flanders- Augusta Richmond County Sheriffs Office. Government's Exhibits 1-2 admitted and retained by the Court to be forwarded to the Clerks Office. Transcript is due 4/11/2022. Defendant's brief is due 4/25/2022 and the government's response brief is due 5/9/2022. Defendant's reply is due 5/23/2022. |