AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

USA

V.

QUANTAVIUS FOSTER

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19-CR-308-AT-RGV

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| RUSSELL G. VINEYARD | NICHOLAS JOY | ALEX REPASKY |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/10/2022 | DENISE STEWART | A. ZARKOWSKY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | TASK FORCE OFFICER JONATHAN GRAY- RIVERDALE POLICE DEPARTMENT |
|  |  |  |  |  | TASK FORCE OFFICER COREY ROGAN- ATLANTA POLICE DEPARTMENT |
|  |  |  |  |  | BILLY JONES |
|  |  |  |  |  | CORP. ROBERT FLANDERS-AUGUSTA-RICHMOND COUNTY SHERIFFS OFFICE |
| 1 |  | 3/10/2022 | YES | YES | PHOTOGRAPHS |
| 2 |  | 3/10/2022 | YES | YES | CD-VIDEO OF TRAFFIC STOP |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages