

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

July 28, 2022

Courtroom Deputies
United States Courthouse
for the Northern District of Georgia

    Re: U.S. vs Ramirez et al, 1:17-CR-185-LMM-AJB
        U.S. vs Silva et al, 1:17-CR-346-TCB-CMS
        U.S. vs Touray et al, 1:20-CR-103-TWT-LTW
        U.S. vs Garcia-Gutierez et al, 1:19-CR-308-AT-JFK
        U.S. vs Sanchez et al, 1:19-CR-325-AT-LTW
        U.S. vs Lopez-Giraldo et al, 1:17-CR-395-TWT-CCB
        U.S. vs Sanchez-Rios et al, 1:19-CR-419-JPB-JSA
        U.S. vs Salazar-Gama et al, 1:19-CR-311-TWT-CCB
        U.S. vs Durogel et al, 1:18-CR-392-AT-JKL
        U.S. vs Cruz-Vasquez, et al, 1:21-CR-424-MLB-RGV
        U.S. vs Maldonado Morales, et al, 1:22-CR-130-LMM-CCB
        U.S. vs Ofelia Maldonado, 1:18-CR-429-AT-RGV

Dear Courtroom Deputies

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from **August 3-5, 2022, and August 22-26, 2022** on military leave. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                        Sincerely,

                        RYAN K. BUCHANAN
                        *United States Attorney*

                        */S/* NICHOLAS JOY
                        NICHOLAS JOY
                        *Assistant United States Attorney*

cc: Counsel for Defendant (via ECF)