IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL ACTION NO. |
| QUANTAVIUS FOSTER, | : | 1:19-cr-0308-AT-RGV-3-7 |
| AMADEO GAMA-AGUIRRE, | : | |

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") [439] that this Court deny Defendants' Motions to Suppress Statements [Docs. 344, 348, 372, 381].

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and

Recommendation as the opinion of this Court [Doc. 439]. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendants' Motion to Suppress Statements [Doc. 344], Motion to Suppress Statements as Supplemented [Doc. 348], Motion to Suppress Evidence [Doc. 372], and Motion to Suppress Evidence as perfected [Doc. 381].

**IT IS SO ORDERED** this 19th day of September, 2021.

_____
**Amy Totenberg**
**United States District Judge**