IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JESUS GARCIA-GUTIEREZ, ET AL. | Criminal Action No.<br><br>1:19-CR-308-AT-RGV |

**Joint Motion to Continue Change of Plea Hearing**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Nicholas N. Joy, Assistant United States Attorney for the Northern District of Georgia, files this Joint Motion to Continue Trial.

I.

On September 8, 2023, the Court issued an order scheduling trial for the remaining three defendants in this case, Quantavius Foster, Amadeo Gama-Aguirre, and Joseph Brown, for October 24, 2023. (Doc. 469). All three defendants are currently on bond.

II.

Having conferred with and received the agreement of counsel for defendants Foster, Gama-Aguirre, and Brown, the Government is making a joint request to continue the trial in this case from its current date. There are two primary bases for this request. First, the Government and counsel for each defendant continue to be in communication regarding potential resolutions for these cases. Second, various parties have scheduling conflicts with the October 24, 2023, trial date. For instance, Bruce Harvey, counsel for defendant Brown, is currently in the midst of

trial in a complex, multi-defendant RICO case ("YSL") in the Superior Court of Fulton County that began in January and will continue through the current trial date in this case. Additionally, one of the two case agents for the Government's investigation has pre-approved leave and will be out of town the week of the current trial date. The parties therefore respectfully request that the trial be continued until a date that can be coordinated between the Court and parties.

III.

Pursuant to 18 U.S.C. § 3161, the Government further requests that all time until the new trial date be excluded from speedy trial calculations.

> Respectfully submitted,
>
> RYAN K. BUCHANAN
> *United States Attorney*
>
> /s/NICHOLAS N. JOY
> *Assistant United States Attorney*
> GA Bar No. 969557
> Nicholas.joy@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 21, 2023

/s/NICHOLAS N. JOY

NICHOLAS N. JOY

*Assistant United States Attorney*