

## U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

January 9, 2024

Kevin P. Weimer
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

    Re:    United States v. Garcia-Gutierez, et al.
             Criminal Action No. 1:19-cr-00308
             Substitution of Counsel

Dear Mr. Weimer:

    This is to notify you that the above-styled case has been transferred from AUSA Nicholas Joy to AUSA Bethany Rupert, telephone number 404-581-6107. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

                                      Sincerely,

                                      RYAN K. BUCHANAN
                                      *United States Attorney*

                                        BETHANY L. RUPERT
                                      *Assistant United States Attorney*

cc:    Opposing Counsel
       Courtroom Deputy
       Criminal Docketing