IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>QUANTAVIUS FOSTER | Criminal Action No.<br><br>1:19-CR-00308-AT-RGV |

### GOVERNMENT'S PROPOSED SUMMARY OF INDICTMENT

The United States of America, by Ryan K. Buchanan, United States Attorney, and Bethany L. Rupert and Cal Leipold, Assistant United States Attorneys for the Northern District of Georgia, respectfully submit this filing regarding the proposed summary of the indictment. The Government submits the following proposed summary of indictment to be used during *voir dire*.

The Indictment in this case charges Defendant Quantavius Foster with one count of conspiracy to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846 and one count of possession with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a) and Title 18, United States Code, Section 2.

### Count One

The indictment specifically states that, beginning on a date unknown, but at least as early as January 9, 2018, and continuing up to and including August 14, 2019, Defendant Quantavius Foster and others conspired and agreed to intentionally possess with the intent to distribute a controlled substance, said conspiracy involving at least 50 grams of methamphetamine.

**Count Ten**

The indictment states that, on or about August 30, 2018, Defendant Quantavius Foster and others, aided and abetted by each other, knowingly and intentionally possessed with intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine.

The indictment alleges that acts in furtherance of these crimes occurred in the Northern District of Georgia, and elsewhere.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630
Bethany.Rupert@usdoj.gov

/s/CALVIN A. LEIPOLD III
*Assistant United States Attorney*
Georgia Bar No. 442379
Calvin.Leipold@usdoj.gov

600 U.S. Courthouse   75 Ted Turner Drive Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

April 24, 2024

/s/ BETHANY L. RUPERT

BETHANY L. RUPERT

*Assistant United States Attorney*